IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

VENTURIA ABRAHAM, ALSO
KNOWN AS VENTURIA
ABRAMS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

      Appellant,

CASE NO. 1D14-4908

v.

CYPRESS PROPERTY &
CASUALTY INSURANCE
COMPANY,

      Appellee.

_____/

Opinion filed December 9, 2014.

An appeal from an order of the Circuit Court for Clay County.
Dan Wilensky, Judge.

Hewett G. Woodward, of The Woodward Law Firm, Orlando, for Appellant.

Trevor G. Hawes and Bradley L. Little, of Cole, Scott & Kissane, P.A., Jacksonville, for Appellee.

PER CURIAM.

      DISMISSED. Henderson v. Tandem Health Care of Jacksonville, Inc., 898

So. 2d 1191 (Fla. 1st DCA 2005); Continental Equities, Inc. v. Jacksonville

Transp. Authority, 558 So. 2d 154 (Fla. 1st DCA 1990).

VAN NORTWICK, ROWE, and MAKAR, JJ., CONCUR.